IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ELVIS RODAS-ALBERTO,
Petitioner,

v. Civil No. 3:26cv712 (DJN)

JEFFREY CRAWFORD, *et al*.,
Respondents.

**ORDER**
**(Denying Petition as Moot)**

This matter comes before the Court on Petitioner Elvis Rodas-Alberto's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1), which Petitioner filed on July 22, 2026. Petitioner seeks a bond hearing in conjunction with his current detention by Immigration and Customs Enforcement ("ICE"). (*Id.* ¶ 15.) Petitioner already filed a habeas petition seeking identical relief in May of this year. *Rodas-Alberto v. Warden, Farmville Detention Center*, Case No. 3:26cv442 (DJN) (E.D. Va. May 21, 2026). The Court granted that petition on June 1, 2026, and ordered Respondents to provide Petitioner with a bond hearing, which took place on June 4, 2026. Order, *Id.* (E.D. Va. June 12, 2026), ECF No. 11. Petitioner has already received the relief that his new Petition seeks. Accordingly, the Court DENIES AS MOOT Petitioner's Petition (ECF No. 1) and DIRECTS the Clerk to close this matter.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is SO ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: August 5, 2026